THE STATE OF OHIO, APPELLANT, *v*. ALSUP, APPELLEE.

**[Cite as *State v. Alsup,* 128 Ohio St.3d 340, 2011-Ohio-227.]**

*Discretionary appeal accepted, judgment of the court of appeals vacated, and cause remanded to the court of appeals for application of State v. Johnson.*

(No. 2010-1748 — Submitted January 4, 2011 — Decided January 25, 2011.)

APPEAL from the Court of Appeals for Montgomery County, No. 23641, 2010-Ohio-4038.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is vacated on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson.*

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would not accept the discretionary appeal.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and R. Lynn Nothstine, Assistant Prosecuting Attorney, for appellant.

_____